IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CEDAR FARMS CO., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC., BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND KANSAS CITY SOUTHERN RAILWAY COMPANY,<br><br>Defendants. | Civil Action No. 3:07-CV-00557-TJC-MCR |

### STIPULATION AND AGREED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for defendants and plaintiff, as follows:

WHEREAS at least 18 actions raising similar allegations as those made in the complaint herein have been filed in various jurisdictions, including this one, and motions have been filed with the Judicial Panel on Multidistrict Litigation ("Panel") to consolidate and transfer all such actions before a single court; and

WHEREAS plaintiff and defendants agree that, in the interest of judicial economy, defendants need not answer or otherwise respond to the complaint in this matter until a decision has been rendered by the Panel on the pending consolidation and transfer motions;

THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval;

1. The time within which all defendants are to move, answer, or otherwise plead in response to the complaint in this action is extended until after the Panel consolidates this case and other similar cases and the transferee Court establishes a scheduling order for responses;

2. The defendants' entry into this stipulation shall not constitute a waiver of any defense, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The defendants expressly reserve their right to raise all defenses in response to the complaint herein and any subsequent amended complaint which may be filed;

3. For the purpose of this action only, defendants agree that defense counsel designated below for each defendant is authorized to accept service of the complaint filed herein on behalf of the defendant represented by each such counsel;

4. In the event defendants answer or otherwise respond to the complaint in a similar action at an earlier date in another jurisdiction, defendants shall file their answer or otherwise respond to the complaint in this action by the same date as in the other similar action.

/s/ Daniel P. Dietrich
William J. Schifino Jr.
Daniel P. Dietrich
WILLIAMS SCHIFINO MANGIONE &
STEADY P.A.
One Tampa City Center, Suite 3200
201 North Franklin Street
Tampa, FL 33602

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Beth R. Targan
BARACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
*Attorneys for Plaintiff Cedar Farms Co., Inc.*

/s/ Gary A. Winters
Richard J. Favretto
Mark W. Ryan
Gary A. Winters
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006
*Attorneys for Defendant BNSF Railway Company*

Richard McMillan, Jr.
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendant CSX Transportation, Inc.*

Alan M. Wiseman
Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 110
Los Angeles, CA 90071
*Attorneys for Defendant Union Pacific Railroad Company*

John M. Nannes
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
*Attorneys for Defendant Norfolk Southern Railway Company*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN, NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
*Attorneys for Defendant Kansas City Southern Railway Company*

Dated July 6, 2007

SO ORDERED this 6 day of July, 2007

_____
United States District Judge